No. 3957.—Pueblo, apldo., *v.* Martínez, aplte.—C. D. Humacao. Portar Armas. Diciembre 9, 1929.

No. 3929.—Pueblo, apldo., *v.* Mussenden, aplte.—C. D. Humacao. Portar armas. Diciembre 9, 1929.

No. 3958.—Pueblo, apldo., *v.* Díaz, aplte.—C. D. Humacao. Delito contra el erario público. Diciembre 9, 1929.

No. 3956.—Pueblo, apldo., *v.* Argüeso, aplte.—C. D. Humacao. Acometimiento y agresión simple. Diciembre 9, 1929.

No. 3926.—Pueblo, apldo., *v.* Ortega, aplte.—C. D. San Juan. Escalamiento en primer grado. Diciembre 9, 1929.

No. 3927.—Pueblo, apldo., *v.* González, aplte.—C. D. Guayama. Infracción Sección 2, Ley No. 19 de 1928. Diciembre 9, 1929.

No. 3935.—Pueblo, apldo., *v.* Pereira, aplte.—C. D. San Juan. Portar armas. Diciembre 9, 1929.

No. 3944.—Pueblo, apldo., *v.* García, aplte.—C. D. Mayagüez. Portar armas. Diciembre 9, 1929.

No. 3946.—Pueblo, apldo., *v.* Dones, aplte.—C. D. San Juan. Hurto mayor. Diciembre 9, 1929.

No. 3950.—Pueblo apldo., *v.* Sánchez, aplte.—C. D. Arecibo. Portar armas. Diciembre 9, 1929.

No. 3951.—Pueblo, apldo., *v.* Méndez, aplte.—C. D. Arecibo. Acometimiento y agresión grave. Diciembre 9, 1929.

No. 3974.—Pueblo, apldo., *v.* Aguirre, aplte.—C. D. San Juan. Infracción ley de autos. Diciembre 16, 1929.

No. 3972.—Pueblo, apldo., *v.* Hernández, aplte.—C. D. Aguadilla. Escalamiento en primer grado. Diciembre 16, 1929.